IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH SAKELLARIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No.: 1:08-cv-38 JJF |
| v. | ) |
| | ) |
| SAMUEL MILLER and | ) |
| GOLDEN RING TRAVEL & | ) |
| TRANSPORTATION, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) TRIAL BY JURY DEMANDED |

NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Elizabeth Sakellaris, by and through her undersigned counsel, hereby dismisses the within action with prejudice.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Timothy E. Lengkeek (No. 4116)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6605
Facsimile: (302) 576-3308
tlengkeek@ycst.com
Attorneys for Plaintiff

Dated: 2/13/08

SO ORDERED this 14 day of February 2008

U.S. District Court Judge

DB02:6573272.1                                                                 066976.1001